UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HUNTER STEWART and NEHEMIAH BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>UNIVERSITY OF MAINE and THE UNIVERSITY OF MAINE SYSTEM,<br><br>Defendants, | Civil Action No. 1:20-cv-00347<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the above-captioned matter against all Defendants without prejudice.

Dated: December 15, 2020

                                                       Respectfully submitted,

                                                       /s/*Stephanie G. Albert*

                                                       Stephanie G. Albert, ME Bar No. 4711
                                                       **BARNS, GREENFIELD & THORNTON**
                                                       8 Fundy Road
                                                       Falmouth, Maine 04103
                                                       salbert@bgt-law.com
                                                       (207)781-7677

                                                       *Local Counsel for Plaintiffs*